No. 345, Misc.   HARRIS *v.* NEW YORK ET AL.;
No. 526, Misc.   CARPENTER *v.* COCHRAN, DIRECTOR, DIVISION OF CORRECTIONS;
No. 533, Misc.   TAYLOR *v.* TAYLOR, WARDEN;
No. 548, Misc.   IN RE HEATH ET AL.; and
No. 631, Misc.   GRAY *v.* REID, SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 644, Misc.   THRASH *v.* SACKS, WARDEN; and
No. 649, Misc.   COLLINS *v.* DICKSON, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.   Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 402, Misc.   BARMORE *v.* MILES ET AL.   Motion for leave to file petition for writ of mandamus and other relief denied.

No. 514, Misc.   TAYLOR *v.* GRUBB, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied.